HOFFMAN HOMES, INCORPORATED,
formerly known as Hoffman Group,
Petitioner,

v.

ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

No. 90–3810.

United States Court of Appeals,
Seventh Circuit.

Argued Sept. 5, 1991.

Decided Sept. 4, 1992.

Before MANION, Circuit Judge, and
WOOD, Jr., Senior Circuit Judge and
ROSZKOWSKI, Senior District Judge.

ORDER

The Court has considered the petition for rehearing and answer filed in this case.

It is ordered that the petition for rehearing is granted and this court's order and opinion of April 20, 1992, 961 F.2d 1310, is vacated.

It is further ordered that this matter is referred to Donald J. Wall, Senior Staff Attorney for the United States Court of Appeals for the Seventh Circuit, for the purpose of conducting settlement negotiations between the parties pursuant to Rule 33 of the Federal Rules of Appellate Procedure and Circuit Rule 33.